UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| MARK BARTLETT, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil No. 1:14-cv-00435-NT |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security, | ) | |
| Defendant | ) | |

## ORDER

Under sentence six of 42 U.S.C. § 405(g), the Court "may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's Answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . ." Pursuant to this power, and in light of the Commissioner's request to remand this action for further administrative proceedings,

**IT IS HEREBY ORDERED** that upon the remand of this case by the Court, plaintiff will submit to the Commissioner any evidence he or his attorney has concerning this case, such as a copy of the Administrative Law Judge's decision with exhibit list, the Appeals Council's denial notice, and any other evidence. Upon the Commissioner's receipt of any such evidence, the Appeals Council will review it, and, if all the materials including the hearing recording are complete, the certified administrative record will be prepared. If not, the Appeals Council will remand the

case to an Administrative Law Judge for reconstruction of the administrative record and to hold another hearing and issue a new decision.

Therefore, this Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  See *Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED**.

Dated this 4th day of March, 2015.

/s/ Nancy Torresen,
U.S. Chief District Judge