UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK BARTLETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:14-cv-435-NT |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pursuant to the power of this Court to enter an order remanding the Commissioner's decision in Social Security actions under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council.

**IT IS HEREBY ORDERED** that this case be remanded to the Social Security Administration for further administrative proceedings. Upon the remand of this case by this Court, the Appeals Council will remand this case to an Administrative Law Judge ("ALJ") for receipt and consideration of new evidence, a de novo hearing, and a new decision. The ALJ will be instructed to consider Dr. Claiborn's January 2010 opinion as it pertains to whether Plaintiff had any severe mental impairment prior to his date last insured, and explain the weight afforded to this opinion in accordance with 20 C.F.R. § 404.1527 and Social Security Ruling 96-6p.

Therefore, this Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g) to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 11th day of June, 2015.